IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BENJAMIN HACKER,<br>on behalf of Plaintiff and the class members described herein,<br><br>     Plaintiff,<br><br>   v.<br><br>MINTO DEVELOPMNET CORPORATION; BENHTI ECONOMIC DEVELOPMENT CORPORATION; DOUGLAS WILLIAM ISAACSON; MINTO FINANCIAL d/b/a Minto Money; and JOHN DOES 1-20,<br><br>     Defendants. | Case No.: 1:22-cv-01485-SEB-TAB<br><br>Judge Sarah Evans Barker<br>Magistrate Judge Tim A. Baker |

## NOTICE AND REQUEST TO STAY PENDING DEADLINES

  Plaintiff, Benjamin Hacker, and Defendants, Minto Development Corporation, Benhti Economic Development Corporation, Douglas William Isaacson, and Minto Financial d/b/a Minto Money (collectively, "Defendants"), respectfully submit this notice to inform the Court that the Parties have resolved this matter and expect to file a stipulation of dismissal within the next sixty days. The Parties request that the Court stay all pending deadlines.

  Respectfully submitted,

DATED: August 19, 2022

*/s/ Matthew J. Goldstein*
Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
EDELMAN COMBS LATTURNER
  & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com

*Counsel for Plaintiff*

*/s/ Sarah Zielinski* (with consent)
Sarah Zielinski
McGuireWoods LLP
77 West Wacker Dr., Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8288
szielinski@mcguirewoods.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, hereby certify that on Friday, August 19, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notice via email to all counsel of record.

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman (IL ARDC 0712094)
Heather Kolbus (IL ARDC 6278239)
Matthew J. Goldstein (IL ARDC 6339033)
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com