## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

BENJAMIN HACKER,
on behalf of Plaintiff and the class
members described herein,

               Plaintiff,

     v.

MINTO DEVELOPMNET CORPORATION;
BENHTI ECONOMIC DEVELOPMENT
CORPORATION; DOUGLAS WILLIAM
ISAACSON; MINTO FINANCIAL d/b/a
Minto Money; and JOHN DOES 1-20,

               Defendants.

Case No.: 1:22-cv-01485-SEB-TAB

**ORDER GRANTING
STIPULATION OF DISMISSAL**

### ORDER GRANTING STIPULATION OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal. The parties have stipulated that

Plaintiff's individual claims are to be dismissed with prejudice and the claims of the putative class are

to be dismissed without prejudice, with each party to bear their own costs.

Accordingly, **IT IS HEREBY ORDERED:**

1.     Plaintiff's individual claims are dismissed with prejudice, with each party to bear their

own costs.

2.     The claims of the putative class are dismissed without prejudice, with each party to bear

their own costs.

Date: 9/28/2022

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to
Registered Counsel of Record

1